# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMUNDO HURTADO-PATLAN, <br><br> Defendant. | Case No. 22-cr-0959-JO <br><br> JUDGMENT AND ORDER OF DISMISSAL <br><br> Booking No. 84207-509 |

Good cause appearing and based upon the motion of the Government (Dkt. 20), the Court grants the Government's motion to dismiss without prejudice the Indictment in the above-entitled case against Defendant Raymundo Hurtado-Patlan. The Defendant is hereby discharged and the bond is hereby exonerated in this case.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: December 14, 2022          _____
                                  HONORABLE JINSOOK OHTA
                                  UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, defense counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-